AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District | District of Columbia |
|---|---|---|
| Name of Movant: Johnnie Coplin | Prisoner No.: 27170-016 | Case No.: CR 03-562-RMC |
| Place of Confinement: | | |

UNITED STATES OF AMERICA v. Johnnie Coplin
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. District Court District of Columbia (Washington D.C.)**

2. Date of judgment of conviction **3/17/2004**

3. Length of sentence **Sixty (60) Months Incarceration**

4. Nature of offense involved (all counts) **18: 922(b)(1), Transport Firearms Interstate by Felon; 21: 841(a)(1) and 841(b)(1)(C), Narcotics Possession, 18: 924(c)(1).**

CASE NUMBER 1:05CV01735
JUDGE: Rosemary M. Collyer
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 08/31/2005

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **On 3/02/04 oral motion by the Government to dismiss cts. (1) + (2) of the Indictment**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐   **N/A**

7. Did you testify at the trial?
   Yes ☐  No ☐   **N/A**

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☐   **N/A**

(2)